In re: **John Alfred Goynes / Ella Mae Goynes**, Debtor(s)

Case No. **BK01-82779**
Chapter **13**

## CHAPTER 13 PLAN - AMENDED

1. Payments to the Trustee: The future earnings or other future income of the Debtor is submitted to the supervision and control of the trustee. The Debtors, through employer deduction from Ella Mae Goynes's employer, Hallmark Care shall pay to the trustee from Ella Mae Goynes' earnings the sum of **$575.00** per month for **53** months.

   Total of plan payments: **$30,475.00**

2. Plan Length: This plan is estimated to be for **53** months.

3. Allowed claims against the Debtor shall be paid in accordance with the provisions of the Bankruptcy Code and this Plan.

   a. Secured creditors shall retain their mortgage, lien or security interest in collateral until the amount of their allowed secured claims have been fully paid or until the Debtor has been discharged. Upon payment of the amount allowed by the Court as a secured claim in the Plan, the secured creditors included in the Plan shall be deemed to have their full claims satisfied and shall terminate any mortgage, lien or security interest on the Debtor's property which was in existence at the time of the filing of the Plan, or the Court may order termination of such mortgage, lien or security interest.

   b. Creditors who have co-signers, co-makers, or guarantors ("Co-Obligors") from whom they are enjoined from collection under 11 U.S.C. § 1301, and which are separately classified and shall file their claims, including all of the contractual interest which is due or will become due during the consummation of the Plan, and payment of the amount specified in the proof of claim to the creditor shall constitute full payment of the debt as to the Debtor and any Co-Obligor.

   c. All priority creditors under 11 U.S.C. § 507 shall be paid in full in deferred cash payments.

4. From the payments received under the plan, the trustee shall make disbursements as follows:

   a. Administrative Expenses

      (1) Trustee's Fee: **10.00%**
      (2) Attorney's Fee (unpaid portion): **$1,800.00 to be paid through plan**
      (3) Filing Fee (unpaid portion): **NONE**

   b. Priority Claims under 11 U.S.C. § 507

   | Name | Amount of Claim | Interest Rate (If specified) |
   |---|---|---|
   | **Internal Revenue Service 13** amount of priority claim filed or such amount as shall be approved | 1,992.59 | 0.00% |
   | **Nebraska Department of Revenue** in such amount as shall be approved | | |

   c. Secured Claims
      (1) Secured Debts Which Will Not Extend Beyond the Length of the Plan

   | Name | Proposed Amount of Allowed Secured Claim | Monthly Payment (If fixed) | Interest Rate (If specified) |
   |---|---|---|---|
   | **Douglas County Treasurer** | 1,800.00 | Prorata | 14.00% |
   | **Honda Finance** | 15,500.00 | Prorata | 9.00% |

   (2) Secured Debts Which Will Extend Beyond the Length of the Plan

| Name | Amount of Claim | Monthly Payment | Interest Rate (If specified) |
|---|---|---|---|
| -NONE- | | | |

    d. Unsecured Claims
    (1) General Nonpriority Unsecured: Other unsecured debts shall be paid pro rata.

5. The Debtor proposes to cure defaults to the following creditors by means of monthly payments by the trustee:

| Creditor | Amount of Default to be Cured | Interest Rate (If specified) |
|---|---|---|
| **Wells Fargo Bank** | 728.20 | 10.00% |

6. The Debtor shall make regular payments directly to the following creditors:

| Name | Amount of Claim | Monthly Payment | Interest Rate (If specified) |
|---|---|---|---|
| **Wells Fargo Bank** | 15,000.00 | 346.00 | 0.00% |

7. The employer on whom the Court will be requested to order payment withheld from earnings is:
**Spouse's Employer: Hallmark Care**
**$575.00 to be deducted Monthly and remitted to the Trustee.**

8. The following executory contracts of the debtor are rejected:

| Other Party | Description of Contract or Lease |
|---|---|
| -NONE- | |

9. Property to Be Surrendered to Secured Creditor

| Name | Amount of Claim | Description of Property |
|---|---|---|
| -NONE- | | |

10. The following liens shall be avoided pursuant to 11 U.S.C. § 522(f), or other applicable sections of the Bankruptcy Code:

| Name | Amount of Claim | Description of Property |
|---|---|---|
| -NONE- | | |

11. Title to the Debtor's property shall revest in debtor on confirmation of a plan.

12. As used herein, the term "Debtor" shall include both debtors in a joint case.

13. Other Provisions:

Date 9/10/02      Signature _John Alfred Goynes_
                                                             Debtor

Date 9/10/02      Signature _Ella Mae Goynes_
                                                             Joint Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

IN THE MATTER OF: ) CASE NO. BK02-82439

ELIJAH DRUMMOND and )
CRYSTAL DRUMMOND, ) CHAPTER 13
 )
 Debtors. )

## NOTICE SETTING RESISTANCE DEADLINE

PURSUANT to Neb. R. Bankr. P. 9014, You are notified as follows:

1.) The Debtors have filed a Chapter 13 Plan.

2.) The last day to file a resistance to the Chapter 13 Plan is **September 18, 2002** The resistance must be served on the Debtors' attorney, Leslie A. Christensen.

3.) If the resistance period expires without the filing of any resistance, and declaration, the Court will consider entering an Order granting the relief sought without further notice of hearing.

DATED: 9-9-02

ELIJAH DRUMMOND and
CRYSTAL R. DRUMMOND, Debtors

BY: /s/ Leslie A. Christensen
Leslie A. Christensen, #21702
300 South 19 Street Suite 202
Omaha, Nebraska 68102
(402) 342-5881
ATTORNEY FOR DEBTORS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

IN THE MATTER OF: ) CASE NO. BK02-82439
)
ELIJAH DRUMMOND and )
CRYSTAL DRUMMOND, ) CHAPTER 13
)
Debtors. )

## PROOF OF SERVICE

COMES NOW the Debtors' attorney, Leslie A. Christensen, and hereby certifies that a true and correct copy of the Notice of Resistance Deadline to Chapter 13 Plan was sent by regular U.S. mail, postage prepaid, to Ms. Kathleen Laughlin, Chapter 13 Trustee, 13930 Gold Circle, Suite 201, P.O. Box 37544, Omaha, Nebraska 68134 and all creditors listed on the matrix and any amended matrix filed herein on this 9th day of September, 2002.

ELIJAH DRUMMOND and
CRYSTAL R. DRUMMOND, Debtors

BY: /s/ Leslie A. Christensen
Leslie A. Christensen, #21702
300 South 19 Street Suite 202
Omaha, Nebraska 68102
(402) 342-5881
ATTORNEY FOR DEBTORS